IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 FEB 12  A 11: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

AMD09CV0347

JESSE RUDY GONZALEZ
8701 SCHOOL ROAD
PARKVILLE, MD 21234

_____
(Full name and address of the plaintiff)

v.

Civil Action No. _____
(Leave blank. To be filled in by Court.)

KENITH B. ALEXANDER,
LT. GEN, USA
DIRECTOR, NATIONAL SECURITY AGENCY
9800 SAVAGE ROAD
FT GEORGE G. MEADE, MD 20755

_____
(Full name and address of the defendant(s))

### COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of PARKVILLE, BALTIMORE COUNTY, MARYLAND
   (Fill in county or city and state of residence)

2. Defendant(s) reside(s) or does business at the following location: NATIONAL SECURITY AGENCY, 9800 SAVAGE ROAD, FT GEORGE G. MEADE, MD 20755

3. This action is brought pursuant to (check all spaces that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My date of birth is:
   _____

Rev. 6/2000

    [X] Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

    [X] Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4. I am complaining about (check all that apply):

    [ ] Failure to hire me. I was refused a job on the following date: _____

    [ ] Termination of my employment. I was terminated from my employment on the following date: _____

    [X] Failure to promote me. I was refused a promotion on the following date:

    *25 June 2006*

    [ ] Other (explain what happened): _____

5. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

    race   color   religion   sex   age   national origin   [**disability**]

6. The facts of my claim are: *I WAS REFUSED PROMOTION BASED ON PRODUCTION STANDARDS NOT BEING MET. PRODUCTION STANDARD REQUIRES USE OF TOOL NOT U.S.C. 508 COMPLAINT; SPECIFICALLY NOT ADAPTED FOR ACCESSIBLE BY JOB ACCESS WITH SPEECH (JAWS) TOOL, REQUIRED BY A LEGALLY BLIND INDIVIDUAL*

TO EFFECTIVELY ACCESS A COMPUTER.

7. The approximate number of people employed by Defendant is: __N/A__.

8. The events I am complaining about took place on the following dates or time period:

DURING THE CY2005 RATING PERIOD AND FOLLOWING 2005 PROMOTION CYCLE ENDING 1 AUGUST 2006.

9. I filed charges on the following date: __27 June 2006__, with:

   Equal Employment Opportunity Commission (EEOC)

   Maryland Human Relations Commission

   Other (give name of agency and location): __EEO COUNSELOR, NATIONAL SECURITY AGENCY, FT G.G. MEADE, MD 20755__

10. I received a right to sue letter (attach copy) on the following date: __PRINTED COPY, WHICH IS UNACCESSIBLE AS OF 24 SEPT 2008; READABLE COMPUTER COPY RECIEVED ON 14 NOV 2008.__

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

   Injunctive relief (specify what you want the Court to order): _____

Rev. 6/2000                              3

☒ Back pay.

☐ Reinstatement to my former position.

☐ Monetary damages in the amount of: _____.

☒ Costs and attorneys fees.

☐ Other (specify): By ACCOMPANYING BENEFITS SUCH AS RETIREMENT AND THRIFT SAVINGS PLAN CONTRIBUTIONS. WITH COURT FINDING ON MY BEHALF, CONSIDERATION FOR PROMOTION WITH PEER GROUP FROM 2006 PROMOTION CYCLE.

11 FEBRUARY 2009
(Date)

_Jesse Rudy Gonzalez_
(Signature)

JESSE RUDY GONZALEZ

8701 SCHOOL ROAD

PARKVILLE MD 21234

JESSE RUDY GONZALEZ
(Printed name, address and phone number of Plaintiff)

Rev. 6/2000

4

Continuation:

In addition, remedy request includes one promotion for previous institutionalized discrimination experienced, plus a 12 day time off award and 10% salary increase award associated with expenses incurred with having to take time off to attend to administrative legal matters.