THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSE RUDY GONZALEZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.:  RDB 09-347 |
| LT. GEN. KEITH B. ALEXANDER,<br>Director, National Security Agency, | * | |
| | * | |
| Defendant. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of March, 2010, ORDERED that:

1. Defendant's Motion to Dismiss (Paper No. 14) is GRANTED;

2. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for the Defendants and *pro se* Plaintiff; and

3. The Clerk of Court CLOSE this case

/s/_____
Richard D. Bennett
United States District Judge